```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


VASILIOS DONAS,                      )
                                     )
          Plaintiff,                 )
                                     )
     V.                              )    CIVIL ACTION NO.
                                     )    04-12544-NMG
JO ANNE B. BARNHART, Commissioner    )
Social Security Administration,      )
                                     )
          Defendant.                 )
```

### DEFENDANT'S MOTION TO DISMISS
### OR IN THE ALTERNATIVE FOR CHANGE OF VENUE

The defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, by and through her attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby states as follows:

Section 205(g) of the Social Security Act, 42 U.S.C. section 405(g) states in pertinent part as follows:

> (g)  Any individual, after any final decision of the Commissioner made after a hearing to which he was a party irrespective of the amount in controversy, may obtain a review of such decision by a civil action commenced within sixty days after the mailing to him of notice of such decision or within such further time as the Commissioner may allow.  <u>Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides</u>, or has his principal place of business, or, if he does not reside or have his principal place of business within any such judicial district, in the United States District Court for the District of Columbia. * * * (Emphasis added).

As plaintiff is claiming entitlement to disability under the Social Security Act and, as such cannot be working, venue must lie in the district where plaintiff resides.  The plaintiff states in the Complaint that he resides at Solonos 15, 5110 Grevena, Greece, which is also reflected in plaintiff's claim file as the last known address of the plaintiff.  Because the plaintiff resides outside of the United States and his Complaint should have been filed in the United States District Court for the District of Columbia, and the instant case was filed in the United States District Court for the District of Massachusetts, venue is improper.

Finally, the U. S. Attorney's Office and the Social Security Administration attempted to contact counsel for the plaintiff but was unsuccessful.

For the foregoing reasons, defendant states that the instant case of action should be dismissed because of improper venue or in the alternative transferred to the United States District Court for the District of Columbia as required by

section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

        Respectfully submitted,

        JO ANNE B. BARNHART, Commissioner
        Social Security Administration

        By Her Attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Christopher Alberto
     Christopher Alberto
     Assistant U.S. Attorney
     John J. Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02110
     (617)748-3311

Of Counsel:
Joseph E. Dunn
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
JFK Federal Building, Rm. 625
Boston, MA 02203

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to the Local Rule 7.1(A)(2), the U. S. Attorney's Office and the Social Security Administration attempted to contact counsel for the plaintiff but was unsuccessful.

        /s/ Christopher Alberto
        Christopher Alberto
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon counsel for the plaintiff, George P. Taoultsides, Esq., 12 Plymouth Street, Arlington, MA 02476, on this date.

        /s/ Christopher Alberto
        Christopher Alberto
        Assistant U.S. Attorney

Dated: February 16, 2005