UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152



TO: United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Our Case No.: 1:04-CV-12544 NMG

Case Caption: Vasilios Donas V.
Jo Anne B. Barnhart,
Commissioner Social Security
Administration

Please be advised that this case has been transferred to: United States District Court for District of Columbia

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

I hereby certify on 5-13-04 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Elizabeth E. Elefther
Deputy Clerk

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
  o Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
  o Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  o If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE
E-mail me at Elizabeth_Elefther@mad.uscourts.gov with your court's case information.
Thank you
By: Elizabeth E. Elefther, Docket Clerk 617.748.4073
Date: 5-13-2005